UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VIRENE BROWN, | Case No.: 20--11466 |
| Plaintiff, | Nancy G. Edmunds |
| v. | United States District Judge |
| THE PROFESSIONAL GROUP, | Curtis Ivy, Jr. |
| | United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**ORDER EXTENDING DISPOSTIVE MOTION DEADLINE**

On July 31, 2022, Plaintiff moved to modify the case management and scheduling order and to extend pretrial deadlines in order to conduct discovery. (ECF No. 40; ECF No. 50, PageID.591). On August 25, 2022, Defendant filed a motion for summary judgment. (ECF No. 44). On October 25, 2022, the undersigned granted in part Plaintiff's motion and extended the discovery deadlines sixty days from the entry of the order, setting a new discovery deadline of December 24, 2022. (ECF No. 53, PageID.701). In order to allow for full discovery and full briefing on the contested issues, the undersigned recommended Defendant's motion for summary judgment be denied without prejudice, on December 5, 2022, allowing the Defendant to refile a motion for summary judgment pending the completion of discovery. (ECF No. 45). Because the Court

1

extended discovery deadlines, the Court determines there is good cause for an extension of the dispositive motion deadline. For this reason, dispositive motions must be filed on or before **January 6, 2023**.

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: December 5, 2022,        s/Curtis Ivy, Jr.
                                          Curtis Ivy, Jr.
                                          United States Magistrate Judge